In the Matter of the Application of ANTONIO VANILLA (True Name ANTHONY VANELLA), Appellant, for a Mandamus Order against LEWIS E. LAWES, as Warden of Sing Sing Prison, and LEWIS E. LAWES, as Warden of Sing Sing Prison, and

Others, Constituting the Prison Board of Sing Sing Prison, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell and Adel, JJ.; Taylor, J., not voting.